31 F.3d 1175
 74 A.F.T.R.2d 94-5462
 Wagner (John T., Delores K.)
v.
Commissioner of Internal Revenue Service, Martino (Anthony
A., Karen M.) v. Commissioner of I.R.S., Fitzgerald (Russell
E., Frances L.) v. Commissioner of I.R.S., Rhode (Daniel,
Sally) v. Commissioner of I.R.S., Ginsburg (Bruce M., Lisa
R.) v. Commissioner of I.R.S., Blatt (Mark A., Rita J.) v.
Commissioner of I.R.S., Elgart (Ellis L., Sivia V.) v.
Commissioner of I.R.S., Wagner (John T., Delores K.),
Martino (Anthony A., Karen M.), Fitzgerald
 NOS. 93-7479, 93-7662, 93-7768, 93-7769,
93-7770, 93-7771, 94-7004
 United States Court of Appeals,
Third Circuit.
 July 14, 1994
 
 1
 Appeal From: U.S.T.C.
 
 
 2
 REMANDED; AFFIRMED.